# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0265. NASLYN RAMSUMAIR v. DONALD RAMSUMAIR.

Naslyn Ramsumair filed a motion asking this Court to reconsider its order dated December 30, 2025, in which the application she filed on December 19, 2025, was dismissed as untimely. Ramsumair shows by the record that she had obtained an extension of time to file her application resulting in a due date of December 21, 2025. Therefore, because Ramsumair′s application was timely filed, her motion for reconsideration is GRANTED, our order dismissing her application is vacated, and her application is also hereby GRANTED.

Ramsumair shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). If Ramsumair has already filed a notice of appeal in the trial court, then she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  *01/23/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*